evidence relating to the objective indicia of nonobviousness.

### IV

For the foregoing reasons, we affirm the district court's decision that the asserted claims of the '834 patent are invalid for obviousness. We therefore need not reach the Defendants' alternative arguments for invalidity and noninfringement. In view of our opinion, we also dissolve forthwith the injunction pending appeal that was entered on March 12, 2015. *See* ECF No. 46.

**AFFIRMED.**

**In re John Nicholas GROSS, Appellant.**

No. 2014–1474.

United States Court of Appeals,
Federal Circuit.

May 12, 2015.

John Nicholas Gross, Law Office of J. Nicholas Gross, Berkeley, CA, argued pro se.

Sydney O. Johnson, Jr., Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Nathan K. Kelley, Joseph Gerard Piccolo, Thomas W. Krause, Joseph Matal.

PROST, Chief Judge, LOURIE and TARANTO, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re MEDIA QUEUE, LLC, Appellant.**

No. 2014–1794.

United States Court of Appeals,
Federal Circuit.

May 12, 2015.

John Nicholas Gross, Law Office of J. Nicholas Gross, Berkeley, CA, argued for appellant.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Joseph Gerard Piccolo, Nathan K. Kelley.

PROST, Chief Judge, LOURIE and TARANTO, Circuit Judges.